IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-03069-RPM

DAVID FAUCETTE FARMS LLC,

    Plaintiff,

v.

DONALD B. WINBERG, individually and d/b/a
WINBERG FARMS and/or 2W PECOS FARMS; and
KARLIEN R. WINBERG,  individually and d/b/a
WINBERG FARMS and/or 2W PECOS FARMS,

    Defendants.

_____

### ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

    Upon consideration of Plaintiff's Response to Order to Show Cause [Doc. 15], it is

    ORDERED that the Order to Show Cause entered by this Court on February 25, 2016, is discharged.

    Dated:   March 16th, 2016

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge

CERTIFICATE OF MAILING

On this day I mailed via U.S. Mail a copy of the Order Setting Scheduling Conference:

Donald B. Winberg d/b/a
Winberg Farms and 2W Pecos Farms
211 E. U.S. 70
Earth, TX 79031

DATED: March 16, 2016

JEFFREY P. COLWELL, Clerk

_____
Deputy